UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOY DABNEY, | ) |
| *Pro Se* Plaintiff, | ) ) ) |
| v. | ) Case No.   4:18-cv-01656 CDP |
| WALMART, et al., | ) ) ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

Defendants, by and through counsel, hereby notify the Court that the parties have reached an agreement in principle to settle all claims, and respectfully request that the Court pass the case for settlement for thirty (30) days to allow the parties adequate time to finalize and complete their settlement agreement.

WHEREFORE, Defendants respectfully request that the Court grant the parties thirty (30) days to finalize and complete their settlement agreement.

Dated: June 18, 2019                                    SPENCER FANE LLP

/s/ Erik O. Solverud_____
Erik O. Solverud,  #44291MO
Alissa B. Kelso, #6322624IL
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone (314) 863-7733
esolverud@spencerfane.com
akelso@spencerfane.com

*Attorneys for Defendants*

SL 3394677.1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 18th day of June, 2019, with a true copy mailed, first class postage prepaid and sent via e-mail, to:

Joy Dabney
1221 Mendoza Dr.
St. Peters, MO 63376
Atcs7777@yahoo.com

*Pro Se Plaintiff*

/s/ Erik O. Solverud

SL 3394677.1