UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOY DABNEY, | ) | |
| | ) | |
| *Pro Se* Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    4:18-cv-01656 CDP |
| | ) | |
| WALMART, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

*Pro Se* Plaintiff Joy Dabney and Defendants Walmart, Unilever and Starbucks, pursuant

to Rule 41 of the Federal Rules of Civil Procedure, voluntarily dismiss all claims in this action in

their entirety with prejudice.  Each party to bear her/its own costs, expenses and/or attorneys'

fees.

Dated: June _____ 21 _____ 2019

_____
Joy Dabney
1221 Mendoza
St. Peters, MO 63376
Telephone (314) 258-0348
atcs7777@yahoo.com

*Pro Se Plaintiff*

SPENCER FANE LLP

/s/ Erik O. Solverud
_____
Erik O. Solverud,  #44291MO
Alissa B. Kelso, #6322624IL
1 N. Brentwood Blvd., Suite 1000
St. Louis, MO 63105
Telephone (314) 863-7733
esolverud@spencerfane.com
akelso@spencerfane.com

*Attorneys for Defendants Walmart, Starbucks*
*and Unilever*